**MEMO ENDORSED**

LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
KINGDOM SHIPPING LIMITED.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1-17-08
```

------------------------------------------------------------X
KINGDOM SHIPPING LIMITED,

                Plaintiff,

- against -

SHAOGUAN IRON AND STEEL (HK) LIMITED,

                Defendant.
------------------------------------------------------------X

ECF CASE

07 Civ. 11417 (DLC)

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FRCivP 41(a)(1)

No Answer or Motion for Summary Judgment having been filed by defendant, plaintiff hereby voluntary dismisses this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1).

Dated: January 15, 2008

                Respectfully submitted,

                LYONS & FLOOD, LLP
                Attorneys for Plaintiff

By: _____
      Kirk M. Lyons (KL-1568)
      65 West 36th Street, 7th Floor
      New York, New York 10018
      (212) 594-2400

U:\kmhldocs\2655001\Legal\Notice of Voluntary Dismissal.doc

So ordered.
/s/ Denise Cote
January 17, 2008